# WAIL ARRAIGNMENT & PLEA CALENDAR FOR MARCH 15, 2006

ORIGINAL



UNITED STATES MAGISTRATE BARRY M. KURREN

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine | SA | Total |
|---|---|---|---|---|---|---|---|---|---|
| 20) | WATKINS, BRIAN D. | | | P447764 H51<br>05/28/2005 | 36 CFR 2.32<br>INTERFERE W/AGENCY FUNCTIONS<br>NK | $0.00 | | | |
| | PS ISSUED FROM 12/21/05 A & P; PS RETURNED UNDELIVERABLE ON 2/6/06 - OREGON STATE ADDRESS, NO SUCH NUMBER<br>cont 6-21-06 | | | P447765 H51<br>05/28/2005 | 36 CFR 2.35(A)(1)<br>SALE/GIFT ALCOHOL/MINOR<br>NK | $0.00 | | | |

Atty:

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21) | Snow, Stephen | CR 04-348 | | P060719<br>5-14-04 | 36 CFR 2.35(b)(2)<br>poss controlled substance &<br>drug paraphernalia<br>NK/T | | | | |

FA room
oral m/atty granted
plea NG
NJTrial 6-21-06

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2006

at ___o'clock and ___min.___M
SUE BEITIA, CLERK

Dated: 03/15/2006

APPROVED AND SO ORDERED

Magistrate Judge BARRY M. KURREN

APPROVED

Asst U.S. Attorney KENNETH M. SORENSON