EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawai`i

WES REBER PORTER  #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawai`i  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
email: wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00348 LEK |
| | ) | CIT. NO. P060719 H51 |
| Plaintiff, | ) | AP DATE: JUNE 21, 2006 |
| | ) | |
| vs. | ) | ORDER FOR RECALL OF BENCH |
| | ) | WARRANT |
| STEPHEN A. SNOW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

ORDER FOR RECALL OF BENCH WARRANT

     Good cause appearing, the U.S. Attorney hereby requests the court to recall the bench warrant in the above captioned

matter.  Defendant to appear on June 21, 2006 in Wailuku, Maui.

DATED: March 28, 2006, at Honolulu, Hawai`i.

                                EDWARD H. KUBO, JR.
                                United States Attorney


                                /s/ Wes Reber Porter
                                WES REBER PORTER
                                Assistant U.S. Attorney

APPROVED AND SO ORDERED:



                                _____
                                Leslie E. Kobayashi
                                United States Magistrate Judge


U.S. v. Stephen A. Snow,
Cit. No. P060719 H51
"Order for Recall of Bench Warrant"

2