# WAIL TRIAL CALENDAR FOR JUNE 21, 2006

## UNITED STATES MAGISTRATE LESLIE E. KOBAYASHI

ORIGINAL

Page 1

| Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition |
|------|--------|-----|---------------|-----------|-------------|

Proc Fee   Fine   SA   Total

**1)** ABREU, JOHN D.

Atty: MATTHEW WINTER, AFPD

CNT: P0625253 H51   11/07/2005   36 CFR 2.35 (B)(2)   POSSESSION OF MARIJUANA   $25.00

CONT FROM 3/15/06 AS TRIAL MATTER

*Shelyn Park*  NCS

**T— 2)** SNOW, STEPHEN A.

***** Bench Warrant *****

CR 04-00348   P060719 H51   05/14/2004   36 CFR 2.35 (B)(2)   POSSESSION OF MARIJUANA   $0.00

BS ISSUED FROM 9/15/04 A & P; BS RETURNED UNDELIVERABLE 9/28/04; BW ISSUED FROM 12/15/04 A & P; ORDER TO RECALL BW FILED 3/30/06; CONT AS TRIAL MATTER FROM 12/15/04 A & P

*Shelyn Park*   NC   DISMISSED

**T— 3)** ROMANSKI, FELIX L.

Atty: PAMELA BRYNE, AFPD

CR 05-00396   1   R2407651 H40   03/13/2005   DUI   PROOF OF COMPLIANCE   $0.00

CONT FROM 9/7/05 A & P (AIR FORCE!); CONT FROM 11/2/05 A & P - DFT TO PLEAD GUILTY; PLEA OF GUILTY ENTERED AS TO COUNT 1 - 14 HRS AREA, MANDATORY ALCOHOL ASSESSMENT; 90 DAYS LIC SUSP COMPLETED, FINE: $250.00, SA: $5.00, COUNT 2 DISMISSED; CONT FROM 12/21/05 A & P FOR POC

*Shelyn Park for*   POC to   NK/T-POC   DISMISSED

SEP 2 0 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 1 2006

at _____ o'clock and _____ min. ___M
SUE BEITIA, CLERK

APPROVED AND SO ORDERED

Magistrate Judge LESLIE E. KOBAYASHI

APPROVED

Asst. U.S. Attorney MARSHALL SILVERBERG

Dated: 06/21/200